William Photakos, appellant, v. W. H. Britigan, trading as Britigan's One Hundred Twenty-First Street Realty Trust, and Chicago Title & Trust Company, appellees. Gen. No. 29,780.

Suit to rescind contract for the purchase of real estate. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Peters & Horwitz, for appellant. Foreman, Blumrosen, Steele & Schultz, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Bertha Curray, appellee, v. Stanley Case, Jr., appellant. Gen. No. 29,799.

Bastardy proceeding. Judgment for relatrix. Appeal from the Municipal Court of Chicago; the Hon. Phillip J. Finnegan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Berezniak & Dittus, for appellant. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Louis Greenberg, appellant, v. Briggs & Turivas, Inc., appellee. Gen. No. 29,914.

Bill for an accounting. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Bernstein, Zolla & Bernstein and Joseph F. Grossman, for appellant. John L. Hopkins, Merritt Starr and Donald J. DeWolfe, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Federal Coal Company, appellee, v. Peerless Coal Company, appellant. Gen. No. 29,572.

Action to recover balance due for merchandise sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. R. V. Carpenter, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

Wyman, Hopkins, McKeever & Colbert, for appellant; W. M. Hopkins and Austin L. Wyman, of counsel. Defrees, Buckingham & Eaton, for appellee; Wilfred M. Doherty, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.